IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ANTHONY BERNARD THOMAS,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No. 1:22-cv-79-AW-GRJ**

**RYAN NAGEL, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's August 8, 2022 Report and Recommendation, ECF No. 8, to which there has been no objection. I have determined the Report and Recommendation should be adopted, and I incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order." The clerk will then close the file.

SO ORDERED on September 9, 2022.

                                                s/ *Allen Winsor*
                                              United States District Judge